UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN HUNTER and LYNETTA BROOKS,<br><br>               Plaintiffs<br><br>      v.<br><br>NEW TACOMA CEMETERIES AND FUNERAL HOME, a Washington non-profit corporation; and JACK HARDING,<br><br>               Defendants. | Case No. C08-5406RJB<br><br>ORDER GRANTING MOTIONS TO DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE |

This matter comes before the Court on Plaintiffs' Motions to Dismiss. Dkts. 17 and 20. The Court has considered the pleadings filed and the remainder of the file herein.

On June 28, 2008, Plaintiffs filed the Complaint in this matter, making both federal and state claims. Dkt. 1. Plaintiffs now seek to dismiss their state law claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Dkts. 17 and 20. No objection was filed.

Therefore, it is hereby, **ORDERED** that:

• Plaintiffs' Motions to Dismiss (Dkts. 17 and 20) are **GRANTED**;

• Plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**; and

• The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of March, 2009.

                                             */s/ Robert J. Bryan*
                                            ROBERT J. BRYAN
                                            United States District Judge