# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ADRIAN HUNTER,

    Plaintiff,

vs.

NEW TACOMA CEMETERIES, et al.

    Defendant(s).

**Case No.** C08-5406 (RJB)(BHS)

**Minute Order re:
Settlement Conference**

    This matter was referred by the Honorable Benjamin H. Settle to U.S. Magistrate Judge, J. Kelley Arnold, for purposes of a settlement conference. The settlement conference was conducted September 24, 2009. The parties resolved the matter on the record before the Honorable Benjamin H. Settle on September 24, 2009.

    Accordingly the trial date should be stricken.

    Entered this 25th day of September by ***Kelly Miller***, deputy clerk.

Order - 1